■ In the Matter of the Claim of PETER AMATO, Respondent, v. R. R. HEYWOOD Co., INC., et al., Appellants, and SPECIAL FUNDS CONSERVATION COM-

MITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— The name of E. Frank Shapiro is stricken from the appearances noted on the record. Only lawyers may appear for parties in this court. Workmen's compensation representatives who are not lawyers are without right to appear.